1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   ALEXANDRIA SAQUELLA
3  Assistant U.S. Attorney
   United States Courthouse
4  405 West Congress, Suite 4800
   Tucson, Arizona  85701-5040
5  Telephone: (520) 620-7300
   E-mail: alexandria.saquella@usdoj.gov
6  Attorneys for Plaintiff

FILED

2024 DEC 30  PM 1:59

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-09257 TUC-AMM(EJM)

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF ARIZONA

9   United States of America,

10                                              **INDICTMENT**

11              Plaintiff,
                                               VIOLATIONS:
12       v.                                     **8 U.S.C. § 1324(a)(1)(A)(v)(I)**
                                               **8 U.S.C. § 1324(a)(1)(A)(ii)**
13  1. Sterling Lee Runyon,                     **8 U.S.C. § 1324(a)(1)(B)(i)**
       (Counts 1-3)                             (Conspiracy to Transport Illegal
14                                              Aliens for Profit)
    2. Halston D Oir Washington,                **Count 1**
15     (Counts 1-3)
                                               **8 U.S.C. § 1324(a)(1)(A)(ii)**
16              Defendants.                      **8 U.S.C. § 1324(a)(1)(B)(i)**
                                               **18 U.S.C. § 2**
17                                              (Transportation of Illegal Aliens
                                               for Profit)
18                                              **Counts 2-3**

19  **THE GRAND JURY CHARGES:**

20                        <u>**COUNT 1**</u>

21       From a date unknown to on or about December 7, 2024, in the District of Arizona,

22  Sterling Lee Runyon and Halston D Oir Washington, did knowingly and intentionally

23  combine, conspire, confederate, and agree together and with various other persons

24  known and unknown to the grand jury, to transport and move illegal aliens within the

25  United States by means of transportation or otherwise, in furtherance of such violation

26  of law, and did so for the purpose of commercial advantage or private financial gain, all

27  in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I),

28  1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

1

**COUNT 2**

2      On or about December 7, 2024, in the District of Arizona, Sterling Lee Runyon

3  and Halston D Oir Washington, knowing and in reckless disregard of the fact that an

4  alien, Jovani Alejandro Gonzalez-Mejia, had come to, entered and remained in the

5  United States in violation of law, did transport and move said alien within the United

6  States by means of transportation or otherwise, in furtherance of such violation of law,

7  and did so for the purpose of commercial advantage and private financial gain, in

8  violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and

9  Title 18, United States Code, Section 2.

10

**COUNT 3**

11      On or about December 7, 2024, in the District of Arizona, Sterling Lee Runyon

12  and Halston D Oir Washington, knowing and in reckless disregard of the fact that an

13  alien, Lizbeth Jimenez-Hernandez, had come to, entered and remained in the United

14  States in violation of law, did transport and move said alien within the United States by

15  means of transportation or otherwise, in furtherance of such violation of law, and did so

16  for the purpose of commercial advantage and private financial gain, in violation Title 8,

17  United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United

18  States Code, Section 2.

19

20                                          A TRUE BILL

21

22                                          /s/
                                          FOREPERSON OF THE GRAND JURY
23                                          Dated: December 30, 2024

24  GARY M. RESTAINO
    United States Attorney
25  District of Arizona

26

27      /s/
    ALEXANDRIA SAQUELLA
28  Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Sterling Lee Runyon, et al.*
*Indictment Page 2 of 2*