1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

       Plaintiff,

   vs.

Halston Dair Walhington

       Defendant.

CR 24 - 09257 TUC - AMM (EJM)

WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND
ENTRY OF "NOT GUILTY" PLEA
AND
ACKNOWLEDGMENT OF TRIAL DATE
AND PLEA DEADLINE

The Defendant and Defendant's attorney acknowledge and agree that:

(1)   Defendant's attorney has provided the Defendant a copy of the Indictment;

(2)   Defendant's attorney has explained to the Defendant the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Defendant's constitutional rights;

(3)   Defendant understands there is a right to appear personally at the Arraignment to be advised of the charge(s). Defendant also understands that the execution of this Waiver results in a waiver of the right to appear at the Arraignment;

(4)   Defendant's attorney is authorized to appear at the Arraignment on behalf of the Defendant.  Defendant's attorney shall enter a plea of "Not Guilty" at the Arraignment on Defendant's behalf.

2 of 2

1        Defendant, having conferred with the attorney of record, waives personal

2  appearance and the reading of the Indictment at Arraignment in this case. Defendant

3  authorizes the entry of a "Not Guilty" plea on behalf of Defendant.

4        Defendant further waives personal notice of the date of trial and acknowledges

5  that the Trial will be on March 4 , 20 25  at 9:30 a.m. with a Plea Deadline of

6  February 14 , 20 25  by 3:00 p.m. before the paired Magistrate Judge.  Defendant

7  understands that the Court's entry of a plea of "Not Guilty" will conclude the

8  Arraignment in this case.

9

10  Defendant's TRUE NAME is:    Nalston D Oir  Washington

11                              (Print True Name)

12

13  DATE: 1/12/2025

14                    Defendant

15

16                    Witnessed By:

17

18  DATE: 1/12/2025

19                    Attorney for Defendant

20

21  INDICATE DEFENDANT'S LANGUAGE:

22  ☒ ENGLISH

23  ☐ SPANISH

24  ☐ OTHER_____

25

26  Waiver of Personal Appearance at Arraignment

27  And Entry of "Not Guilty" Plea

28  Page 2