☒ FILED ☐ LODGED

**Feb 12 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CASE NUMBER: CR24-09257; MJ24-0536A

## Consent of Defendant to Appear Before Magistrate Judge

After full consultation with counsel I, Halston D Oir Washington, voluntarily consent to go forward before the United States Magistrate Judge with my Change of Plea and/or Admit/Deny Hearing and/or evidentiary hearing regarding revocation.

In the event of a Change of Plea and/or Admit/Deny Hearing, I understand that the United States Magistrate Judge will administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and make findings and recommendations as follows:

(A) whether Defendant (1) is competent to enter into a plea or make an admission to the petition; (2) knowingly and voluntarily wishes to enter a plea to the charge(s) or admit to the petition; (3) understands the charge(s) or petition; (4) whether there exists a factual basis for the charge(s) or petition; and a recommendation:

(B) whether the plea of guilty or admission to the petition should be accepted by the District Court.

In the event of an evidentiary hearing regarding revocation, I understand that the United States Magistrate Judge will make findings and recommendations as follows:

(A) whether Defendant (1) is competent; (2) understands the violation allegation(s) in the petition; and (3) whether the violation(s) has/have been proven by a preponderance of the evidence.

_[signature]_ 2-12-25
Defendant's Signature/date

_[signature]_ 2-12-25
Counsel for Defendant's signature/date

_[signature]_ 2-12-2025
Assistant U.S. Attorney's signature/date

Form Last Modified 10/23/2023